UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**
AUG 28 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                INDICTMENT NO. 6:25-cr-069-REW

CLINTON EVERETT HAHN,
    aka JEFF KNOX

* * * * *

THE GRAND JURY CHARGES:

## COUNT 1
### 18 U.S.C. § 2250(a)

From in or about August 2023, the exact day unknown, and continuing through on or about August 15, 2025, in Clay County, in the Eastern District of Kentucky, and elsewhere,

**CLINTON EVERETT HAHN,
aka JEFF KNOX,**

a person required to register under the Sex Offender Registration Notification Act, traveled in interstate commerce and did knowingly fail to register and update a registration as required by the Sex Offender Registration and Notification Act, all in violation of 18 U.S.C. § 2250(a).

## COUNT 2
### 18 U.S.C. § 922(g)

On or about August 15, 2025, in Clay County, in the Eastern District of Kentucky,

**CLINTON EVERETT HAHN,
aka JEFF KNOX,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit: a Hi-Point, Model C9, 9mm caliber handgun bearing serial number P10165143, and a Smith & Wesson, M&P Bodyguard, .380 caliber handgun bearing serial number KHN6246, and the firearms were in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS
## 18 U.S.C. § 924(d)(1)
## 28 U.S.C. § 2461

1. By virtue of the commission of the offense alleged in Count 2 of the Indictment, **CLINTON EVERETT HAHN, aka JEFF KNOX,** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation of 18 U.S.C. § 922. Any and all interest that **CLINTON EVERETT HAHN, aka JEFF KNOX,** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2. The property to be forfeited includes, but is not limited to, the following items seized on or about August 15, 2025:

### FIREARMS AND AMMUNITION:

a. Hi-Point, Model C9, 9mm caliber handgun bearing serial number P10165143.
b. Smith & Wesson, M&P Bodyguard, .380 caliber handgun bearing serial number KHN6246.
c. All associated ammunition and accessories.

A TRUE BILL

███████████
FOREPERSON

_____
PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

### COUNT 1:

Not more than 10 years imprisonment, not more than a $250,000 fine, and not less than 5 years up to life supervised release.

### COUNT 2:

Not more than 15 years imprisonment, not more than a $250,000 fine and not more than 3 years supervised release.

**PLUS:**  Mandatory special assessment of $100 per count.

**PLUS:**  Forfeiture of listed items.